# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 22, 2014

**BY EMAIL**

**TO BE FILED UNDER SEAL**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**REDACTED**

Re:   **United States v. Parrish Lee**
      13 Cr. 320 (RA)

Dear Judge Abrams,

    I write on behalf of my client, Parrish Lee, the defendant in the above-referenced case, in advance of his sentencing scheduled for October 23, 2014, to provide the Court with additional medical records related to Mr. Lee's recent hosptializations.[1]

    Attached as Exhibit A are discharge documents related to Mr. Lee's hospitalization for                         from September 20 – September 23.  Attached as Exhibit B are discharge documents related to his hospitalization from September 6 – September 8 for

    The defense submits that these documents, and the illnesses they document, further support the defense request for a non-custodial sentence in this case.  In consequence, the

---

[1]    Due to the sensitive personal and medical information contained in this letter, the defense respectfully requests that it be filed under seal.  The defense can provide a redacted letter for public filing.

Hon. Ronnie Abrams  October 22, 2014
United States District Judge  Page 2

RE: **United States v. Parrish Lee**
    **13 Cr. 320 (RA)**

defense respectfully requests that the Court sentence Mr. Lee to time served plus a term of supervised release.

Respectfully submitted,

Peggy Cross-Goldenberg
Attorney for Parrish Lee
212-417-8732

Cc: AUSA Brenden Quigley

# Exhibit A

REDACTED

# Exhibit B

REDACTED